**FORM A**

Rev. 10/10

**CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS***

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY**

FILED
JAMES J. VILT, JR. - CLERK
MAR 17 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Lamont Smith #0044.9309
_____
_____

(Full name of the Plaintiff(s) in this action)

v.

Dwayne Clark
_____
_____
_____
_____

(Full name of the Defendant(s) in this action)

CIVIL ACTION NO. 3:22CV159 BJB
(To be supplied by the clerk)

(✓) DEMAND FOR JURY TRIAL

( ) NO JURY TRIAL DEMAND
(Check only one)

## I. PARTIES

(A) Plaintiff(s). Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Lamont Smith #449309

Place of Confinement: Louisville Metro Department of Corrections

Address: 400 South Sixth Street, Louisville, Ky 40202

Status of Plaintiff: CONVICTED (✓)   PRETRIAL DETAINEE ( )

(2) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

(B) **Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant Dwayne Clark is employed as Director at Louisville Metro Department of Correction.

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(2) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

(3) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

(4) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

(5) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

## II. PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action? YES (___) NO (✓)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): _____

_____

Defendant(s): _____

_____

Court (if federal court, name the district. If state court, name the county):

_____

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action): _____

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?):
_____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

3

## III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

Defendant Dwayne Clark violated Plaintiff Lamont Smith fourteenth Amendment Right under the Color of State Law, Dwayne Clark is a "Director" of Louisville Metro Department of Corrections.

On 9/15/2021 Defendant Dwayne Clark and L.M.D.C. Administration Staff violated plaintiff Lamont Smith fourteenth Amendment By housing plaintiff in a Dorm that was unsanitary with Sick inmates which put plaintiff Lamont Smith at risk for Contracting Covid-19 and plaintiff contracted Covid-19 as a results. Defendant Dwayne Clark and his Administration put delibrate indifference to plaintiff safety and healthy. Plaintiff Lamont Smith filed a grievance Stated: our Dorm Needs Cleaning Supplies we Been asking officers multiple time in the dorm is unsanitary in the bathrooms. got Dirt Stains and piss on the toliets all Im asking is for Cleaning Supplies. Copy of grievance was Sent with this Complaint.

4

## III. STATEMENT OF CLAIM(S) continued

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

IV. **RELIEF**

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

\_\_\_\_ award money damages in the amount of $ _____

\_\_\_\_ grant injunctive relief by_____

✓ award punitive damages in the amount of $ __3. Million__

\_\_\_\_ other: _____

V. **DECLARATION UNDER PENALTY OF PERJURY**
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This __14__ day of __March__, 20__22__.

__Lamont Smith__
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on __March 14, 2022__.

__Lamont Smith__
(Signature)

6

Lamont Smith #00449309
L.M.D.C.
400 South Sixth Street
Louisville, Ky 40202

LOUISVILLE KY 400
16 MAR 2022PM 1 L



**FILED**
JAMES J. VILT, JR. - CLERK
MAR 17 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Office of the Clerk
601 W. Broadway, Rm 106
Gene Snyder United States Courthouse
Louisville, Ky 40202

40202-222731



JAIL MAIL
UNCENSORED
Louisville Metro Corrections Department
Not Responsible