UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**LAMONT SMITH**                                                                            **PLAINTIFF**

v.                                                       **CIVIL ACTION NO. 3:22-cv-159-BJB**

**DEWAYNE CLARK**                                                 **DEFENDANT**

## ORDER

For the reasons set forth in the separate Memorandum entered today, the Court **DISMISSES** this lawsuit **without prejudice** under Fed. R. Civ. P. 41(b) for failure to prosecute.

This is a **final Order**.

The Court further **certifies** that an appeal of this action would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date: July 18, 2022

                                                                              Benjamin Beaton, District Judge
                                                                                   United States District Court

cc:     Plaintiff, *pro se*
          Defendant
          Jefferson County Attorney
B213.011